**STATE v. FREEMAN**

[365 N.C. 4 (2011)]

*Troutman Sanders LLP, by William G. Scoggin, for North Carolina Economic Developers Association and the N.C. Chamber, amici curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice JACKSON did not participate in the consideration or decision of this case.

———————

STATE OF NORTH CAROLINA v. ARTIVES JEROD FREEMAN

No. 113PA10

(Filed 4 February 2011)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, —— N.C. App. ——, 690 S.E.2d 17 (2010), ordering a new trial following a judgment imposing a sentence of life imprisonment without parole upon a jury verdict finding defendant guilty of first-degree murder and a judgment imposing a concurrent term of imprisonment for another conviction, both entered on 2 September 2008 by Judge Albert Diaz in Superior Court, Mecklenburg County. Heard in the Supreme Court 10 January 2011.

*Roy Cooper, Attorney General, by Robert C. Montgomery, Special Deputy Attorney General, for the State-appellant.*

*Staples S. Hughes, Appellate Defender, by Benjamin Dowling-Sendor, Assistant Appellate Defender, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.